FILED

MAY 22 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID R. MORENO, | No. C 06-0759 WHA (PR) |
| Petitioner, | **ORDER GRANTING LEAVE TO AMEND** |
| v. | |
| JAMES A. YATES, Warden, | |
| Respondent. | |

This is a habeas case filed pro se by a state prisoner. Respondent's motion to dismiss the petition as mixed was granted and petitioner was informed of his options. He has written saying that he elects to amend to delete the unexhausted claim. Petitioner is **GRANTED** thirty days from the date this order is entered to file an amended petition omitting the unexhausted claim.

In the letter electing to amend petitioner also requests that judicial notice be taken of the unexhausted claim. It is unclear what he means by this, but to the extent he actually wants judicial notice to be taken of the claim in the technical legal sense of "judicial notice," the request is **DENIED**. The Court can consider the file of the case before it without the need for formal judicial notice.

**IT IS SO ORDERED.**

Dated: May ___, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.06\moreno0759.AMEND.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DAVID R MORENO,

        Plaintiff,

v.

JAMES A YATES et al,

        Defendant.
                                       /

Case Number: CV06-00759 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David R. Moreno
T-96676/ D5-211
Pleasant Valley State Prison
PO Box 8501
Coalinga, CA 93210

Dated: May 23, 2008

*MNarcisse*

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk